IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02610-PAB-MJW

TIMOTHY ALAN DOMENICO,

Plaintiff(s),

v.

LYNETTE PHILLIPS,
ERIC BIGA, and
VEOLIA TRANSPORTATION SERVICES, INC.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion for Leave to Appear for Hearing and Conference by Telephone by Defendant Veolia Transportation Services, Inc., DN 12, filed with the Court on January 13, 2011, is GRANTED and they shall contact the court by calling (303) 844-2403 on January 21, 2011, at 8:30 a.m., Mountain Time.

Date:  January 19, 2011