IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02610-PAB-MJW

TIMOTHY ALAN DOMENICO,

Plaintiff(s),

v.

LYNETTE PHILLIPS,
ERIC BIGA, and
VEOLIA TRANSPORTATION SERVICES, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

        It is hereby **ORDERED** that the Pro Se Plaintiff's Motion for this Court to Sanction Attorney Mishori for Dishonest Behavior (docket no. 28) is **DENIED** finding no basis for such relief.  The Pro Se Plaintiff and Defendant Biga and Veolia Transportation Services, Inc.'s counsel Colleen Sheree Nelson, Gina Moshiri, and James N. Foster, Jr. shall communicate with each other is completing discovery in an orderly fashion within the deadlines set by this court in the Scheduling Order.  The parties shall comply fully with the Federal Rules of Civil Procedure, the District of Colorado Local Rules of Practice and the Federal Rules of Evidence.

        It is **FURTHER ORDERED** that the Pro Se Plaintiff's Motion to Compel Attorney Mishori to Conform to this Court Previous Order (docket no. 29) is **GRANTED.** Defendant Biga and Veolia Transportation Services, Inc.'s counsel Colleen Sheree Nelson, Gina Moshiri, and James N. Foster, Jr. shall provide to the Pro Se Plaintiff contact information, **if any**, concerning co-defendant Lynette Phillips on or before **February 15, 2011.**

        District of Colorado Local Rule of Practice 7.1 C states, in pertinent part, **"... Nothing in this rule precludes a judicial officer from ruling on a motion at any time after it is filed."**

        Pro Se litigants must "comply with the fundamental requirements of the Federal Rules of Civil and Appellate Procedure." ***Odgen v. San Juan County, 32 F.3d 452, 455 (10th Cir. 1994); Hickey v. (NFN) Van Austin et al., 1999 CJC.AR 5979***

        The fact that a party is appearing pro se does not relieve that individual from the

obligation of complying with all applicable rules of the court.  ***Colorado v. Carter, 678 F. Supp. 1484, 1490 (D. Colo. 1986); Hall v. Doering, 997 F. Supp. 1464, 1468 (D. Kan. 1998)*** (pro se plaintiffs are held to the same rules of procedure which apply to other litigants).

It is not the proper function of the district court to assume the role of advocate for the pro se litigant.  ***Gibson v. City of Cripple Creek, 48 F 3d 1231, (10th Cir. 1995).***

Date:  February 8, 2011 _____