IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-02610-PAB-MJW

TIMOTHY ALAN DOMENICO, an Individual,

    Plaintiff,

v.

LYNETTE PHILLIPS, an Individual,
ERIC BIGA, an Individual, and
VEOLIA TRANSPORTATION SERVICES, INC., a Delaware Corporation,

    Defendants.

_____

**ORDER OF DISMISSAL OF DEFENDANT
LYNETTE PHILLIPS WITHOUT PREJUDICE**
_____

This matter comes before the Court upon plaintiff's Motion to Dismiss Defendant Phillips [Docket No. 49]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Motion to Dismiss [Docket No. 49] is GRANTED. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted in this matter against defendant Lynette Phillips are dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

DATED April 1, 2011.

                                            BY THE COURT:

                                            s/Philip A. Brimmer
                                            PHILIP A. BRIMMER
                                            United States District Judge