IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02610-PAB-MJW

TIMOTHY ALAN DOMENICO,

Plaintiff(s),

v.

LYNETTE PHILLIPS,
ERIC BIGA, and
VEOLIA TRANSPORTATION SERVICES, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendants Veolia Transportation Services, Inc. and Eric Biga's *Motion for Sanctions and Hearing* [filed on May 5, 2011] (docket no. 55) is UNTIMELY and MOOT and therefore DENIED since Judge Brimmer terminated and closed this case on April 28, 2011.

Date: June 20, 2011